| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EMAN ABUWARDA MUSLEH and<br>ASHRAF HAMID ABUWARDA, | ) ) ) | Case No. 06-2927 JCS |
| Plaintiffs, | ) ) | **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST SERVE AN ANSWER** |
| v. | ) ) | |
| ALBERTO R. GONZALES, in his Official Capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his Official Capacity as Secretary of the Department of Homeland Security; EMILIO T. GONZÁLEZ, in his Official Capacity as Director of the United States Citizenship and Immigration Services; DAVID N. STILL, in his Official Capacity as District Director of the United States Citizenship and Immigration Services, San Francisco District Office; and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file and serve their answer on or before July 14, 2006.

STIPULATION TO EXTEND TIME TO SERVE AN ANSWER
C06-2927 JCS                                    1

| | | |
|---|---|---|
| 1 | Dated: June 22, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | /s/ |
| 5 | | EDWARD A. OLSEN[1]<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 9 | Date: June 22, 2006 | /s/<br>PHILIP ABRAMOWITZ |
| 10 | | ABRAMOWITZ AND KORENBERG<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 29, 2006

_____
JCS
United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Philip Abramowitz and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND TIME TO SERVE AN ANSWER
C06-2927 JCS                           2