KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMAN ABUWARDA MUSLEH and ASHRAF HAMID ABUWARDA, <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO R. GONZALES, in his Official Capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his Official Capacity as Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, in his Official Capacity as Director of the United States Citizenship and Immigration Services; DAVID N. STILL, in his Official Capacity as District Director of the United States Citizenship and Immigration Services, San Francisco District Office; and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, <br><br> Defendants. | Case No. 06-2927 JCS <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action because the parties have agreed that: (1) the plaintiffs will provide the United States Citizenship and Immigration Services (USCIS) with its appeal brief within 21 days of the filing of this stipulation; (2) the USCIS will then forward the plaintiffs' notice of appeal, the

STIPULATION TO DISMISS
C06-2927-JCS                    1

record of proceeding of the USCIS's denial of the plaintiffs' I-130 petition, and the parties' briefs, to the Board of Immigration Appeals within 14 days of receipt of the plaintiffs' brief.

    Each of the parties shall bear their own costs and fees.

Dated: July 28, 2006                               Respectfully submitted,

                                                          KEVIN V. RYAN
                                                          United States Attorney

                                                          /s/
                                                          EDWARD A. OLSEN
                                                          Assistant United States Attorney
                                                          Attorneys for Defendants

                                                          /s/
Date: July 28, 2006                                PHILIP ABRAMOWITZ
                                                          ABRAMOWITZ AND KORENBERG
                                                          Attorney for Plaintiffs

## ORDER

    Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 31, 2006

                                                          JOSEPH C. SPERO
                                                          United States Magistrate Judge

STIPULATION TO DISMISS
C06-2927-JCS                                2